NOVEMBER 9, 1964.

No. 914, Misc., October Term, 1963. HILL *v.* NEW YORK. (Petition for writ of certiorari to the Court of Appeals of New York denied, 377 U. S. 998.) The respondent is requested to file within twenty days a response to the motion for leave to file a petition for rehearing.